# IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| Eusebio B. Bonifacio, Jr., | Case No.: CV-22-0008-DGC |
| Plaintiff, | |
| v. | **ORDER** |
| Bank of Guam, | |
| Defendant. | |

Pending before the Court is the parties' Stipulation of Dismissal. Doc. 30.

**IT IS ORDERED:**

1. This matter is dismissed with prejudice, with each party to bear their own attorneys' fees and costs.

2. All pending hearings and deadlines are vacated.

3. The Clerk is directed to terminate this matter.

Dated this 7th day of December, 2022.

*David G. Campbell*
David G. Campbell
Senior United States District Judge